## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| POLYMER TECHNOLOGY SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ROCHE DIAGNOSTICS CORPORATION, ROCHE DIAGNOSTICS GMBH, ROCHE DIAGNOSTICS OPERATIONS, INC., ROCHE OPERATIONS LTD.,<br><br>    Defendants. | Case No. 1:10-CV-0061 LJM-TAB |

### APPEARANCE

Nancy G. Tinsley, Associate General Patent Counsel, IP Litigation, of Roche Diagnostics Operations, Inc., hereby enters her appearance on behalf of Defendants Roche Diagnostics Corporation; Roche Diagnostics GmbH; Roche Diagnostics Operations, Inc.; and Roche Operations Ltd. in the above-captioned matter.

Respectfully submitted,

/s Nancy G. Tinsley
Nancy G. Tinsley, Atty. No. 15376-49-A
nancy.tinsley@roche.com
Associate General Patent Counsel, IP Litigation
Roche Diagnostics Operations, Inc.
9115 Hague Road, P.O. Box 50457
Indianapolis, IN  46250-0457
Telephone: (317) 521-1915
Facsimile: (317) 521-2883

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that on this 10th day of February, 2010, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

dhensel@taftlaw.com
cforest@pattonboggs.com

                                            /s Nancy G. Tinsley
                                            Nancy G. Tinsley