**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| POLYMER TECHNOLOGY SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROCHE DIAGNOSTICS CORPORATION, ROCHE DIAGNOSTICS GMBH, ROCHE DIAGNOSTICS OPERATIONS, INC., ROCHE OPERATIONS LTD.,<br><br>Defendants. | Case No. 1:10-CV-0061 LJM-TAB |

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Roche Diagnostics Corporation; Roche Diagnostics GmbH; Roche Diagnostics Operations, Inc.; and Roche Operations Ltd. state that they are directly or indirectly owned subsidiaries of publicly held parent corporation Roche Holding Ltd.  Publicly held corporation Novartis AG, through a subsidiary, holds more than 10% of the stock of Roche Holding Ltd.

Respectfully submitted,

/s Nancy G. Tinsley
Nancy G. Tinsley, Atty. No. 15376-49-A
nancy.tinsley@roche.com
Associate General Patent Counsel, IP Litigation
Roche Diagnostics Operations, Inc.
9115 Hague Road, P.O. Box 50457
Indianapolis, IN  46250-0457
Telephone: (317) 521-1915
Facsimile: (317) 521-2883

**Of Counsel:**

Robert J. Gunther, Jr.
James P. Barabas
Omar Khan
Violetta G. Watson
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
Email:   robert.gunther@wilmerhale.com
         james.barabas@wilmerhale.com

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that on this 10th day of February, 2010, a copy of the foregoing Rule 7.1 Statement was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

dhensel@taftlaw.com
cforest@pattonboggs.com

                                        /s Nancy G. Tinsley
                                        Nancy G. Tinsley