IN THE UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

POLYMER TECHNOLOGY SYSTEMS,
INC.

Plaintiff,

          v.          CIVIL ACTION NO.  1:10-cv-00061 LJM-TAB

ROCHE DIAGNOSTICS CORPORATION,
ROCHE DIAGNOSTICS GMBH, ROCHE
DIAGNOSTICS OPERATIONS, INC.,
ROCHE OPERATIONS LTD

Defendants.

**ORDER GRANTING MOTION TO SEAL COMPLAINT AND
TO FILE CERTAIN DOCUMENTS UNDER SEAL**

This cause has come before the Court upon the motion of Polymer Technology Systems, Inc. ("PTS") to seal the Complaint (Docket Entry No. 1), to file under seal PTS's Response to Roche's Motion for Enlargement of Time, and to seal certain future filings that contain confidential information.  This Court, being sufficiently advised, now finds that PTS's motion should be GRANTED.

It is hereby ORDERED that:

(1) the Complaint, Docket Entry No. 1, be sealed and maintained under seal until further order of the Court;

(2) PTS's Response to Roche's Motion for Enlargement of Time be filed and maintained under seal until further order of the Court; and

(3) future filings of the parties containing confidential information subject to arbitration confidentiality rules or the License Agreement's confidentiality

provision, shall be filed under seal without the need to seek further leave of the Court to do so.

Dated:_____          _____
                               JUDGE, UNITED STATES DISTRICT COURT
                               SOUTHERN DISTRICT OF INDIANA
                               INDIANAPOLIS DIVISION

**Distribution:**

David J. Hensel
TAFT STETTINIUS & HOLLISTER LLP
dhensel@taftlaw.com

Nancy G. Tinsley
ROCHE DIAGNOSTICS OPERATIONS, INC.
nancy.tinsley@roche.com

Gregory Perrone
PATTON BOGGS LLP
gperrone@pattonboggs.com

Robert P. Ziemian
PATTON BOGGS LLP
rziemian@pattonboggs.com

Carl A. Forest
PATTON BOGGS LLP
cforest@pattonboggs.com

1189696_1