AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Polymer Technology Systems, Inc. <br><br> *Plaintiff* <br> v. <br> Roche Diagnostics Corporation, et al <br><br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 1:10-cv-00061 LJM-TAB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Roche Diagnostics GMBH
　　　　　　　　　　　　　　　　　　c/o Highest Officer Found
　　　　　　　　　　　　　　　　　　Roche Diagnostics Corpation
　　　　　　　　　　　　　　　　　　c/o CT Corporation System
　　　　　　　　　　　　　　　　　　251 E. Ohio Street, Suite 1100
　　　　　　　　　　　　　　　　　　Indianapolis, IN  46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　　　　　　　　　David J. Hensel
　　　　　　　　　　Taft Stettinius & Hollister LLP
　　　　　　　　　　One Indiana Square, Suite 3500
　　　　　　　　　　Indianapolis, IN  46204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

Date: JAN 2 2 2010　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Roche Diagnostics GMBH c/o Highest Officer Found, Roche Diagnostics Corporation

was received by me on *(date)* January 22, 2010.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I served a copy of the summons and complaint on the individual via certified mail. A copy of the Domestic Return Receipt is attached hereto and shows service was made on January 26, 2010.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 2-11-10

*Server's signature*

David J. Hensel, Attorney
*Printed name and title*

Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN  46204
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Roche Diagnostics GMBH
   c/o Highest Officer Found
   Roche Diagnostics Corporation
   c/o CT Corporation System
   251 E. Ohio Street, Suite 1100
   Indianapolis, IN  46204

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Terry L. Wood
C. Date of Delivery: JAN 26 2010

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7009 2820 0003 8410 3489

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540