UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| POLYMER TECHNOLOGY SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>ROCHE DIAGNOSTICS CORPORATION, ROCHE DIAGNOSTICS GMBH, ROCHE DIAGNOSTICS OPERATIONS, INC., ROCHE OPERATIONS LTD.,<br><br>Defendants. | Case No. 1:10-CV-0061 LJM-TAB |

### ORDER GRANTING ROCHE AN ENLARGEMENT OF TIME TO RESPOND TO PTS'S COMPLAINT

Defendants Roche Diagnostics Corporation; Roche Diagnostics GmbH; Roche Diagnostics Operations, Inc.; and Roche Operations Ltd. having filed their Motion for Initial Enlargement of Time,

And, this Court having reviewed the Motion and finding good cause to grant the same, now find the Motion should be, and it hereby is, **GRANTED.**

**IT IS THEREFORE ORDERED** that Roche Diagnostics Corporation; Roche Diagnostics GmbH; Roche Diagnostics Operations, Inc.; and Roche Operations Ltd. are granted to and including March 11, 2010, within which to respond to the Plaintiff's Complaint.

**SO ORDERED**   02/11/2010

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:
dhensel@taftlaw.com
cforest@pattonboggs.com
gperrone@pattonboggs.com
rziemian@pattonboggs.com
nancy.tinsley@roche.com
robert.gunther@wilmerhale.com
james.barabas@wilmerhale.com