UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| POLYMER TECHNOLOGY SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:10-cv-0061- LJM-TAB |
| ) | |
| ROCHE DIAGNOSTICS CORPORATION, ) | |
| ROCHE DIAGNOSTICS GMBH, ROCHE ) | |
| DIAGNOSTICS OPERATIONS, INC. and ) | |
| ROCHE OPERATIONS, LTD, ) | |
| ) | |
| Defendants. ) | |

## ORDER SETTING TELEPHONIC CONFERENCE

This cause is assigned for a **telephonic conference on February 24, 2010, at 11:00 a.m.** The purpose of this conference is to address Plaintiff's motion to file certain documents under seal. [Docket No. 20.] Parties shall appear by counsel, who shall contact the Court at 317-229-3660.

Dated: 02/19/2010

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Carl Anthony Forest
PATTON BOGGS LLP
cforest@pattonboggs.com

Abram B. Gregory
TAFT STETTINIUS & HOLLISTER LLP
agregory@taftlaw.com

David J. Hensel
TAFT STETTINIUS & HOLLISTER LLP
dhensel@taftlaw.com

Gregory Perrone
PATTON BOGGS LLP
gperrone@pattonboggs.com

Nancy G. Tinsley
ROCHE DIAGNOSTICS OPERATIONS, INC.
nancy.tinsley@roche.com

Robert P. Ziemian
PATTON BOGGS LLP
rziemian@pattonboggs.com