```
Court Name: Southern District of Indiana
Division: 1
Receipt Number: IP016841
Cashier ID: dhabing
Transaction Date: 02/18/2010
Payer Name: WILMER CUTTER PICKERING HALE
 D
-----------------------------------
PRO HAC VICE
 For: WILMER CUTTER PICKERING HALE D
 Case/Party: D-INS-1-10-LB-000001-001
 Amount:       $30.00
PRO HAC VICE
 For: WILMER CUTTER PICKERING HALE D
 Case/Party: D-INS-1-10-LB-000001-001
 Amount:       $30.00
PRO HAC VICE
 For: WILMER CUTTER PICKERING HALE D
 Case/Party: D-INS-1-10-LB-000001-001
 Amount:       $30.00
-----------------------------------
CHECK
 Check/Money Order Num: 488498
 Amt Tendered: $30.00
CHECK
 Check/Money Order Num: 488497
 Amt Tendered: $30.00
CHECK
 Check/Money Order Num: 488496
 Amt Tendered: $30.00
-----------------------------------
Total Due:     $90.00
Total Tendered: $90.00
Change Amt:    $0.00

1:10-cv-0061-LJM-TAB PHV FEES

JAMES P BARABAS

OMAR A KHAN

VIOLETTA G WATSON


WILMER CUTLER PICKERING HALE & DORR
LLP

399 PARK AVENUE
NEW YORK, NY  10022

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $45.00 fee
will be charged for a returned
check."
```