```
Court Name: Southern District of Indiana
Division: 1
Receipt Number: IP016871
Cashier ID: jdavison
Transaction Date: 02/22/2010
Payer Name: WILMER CUTLER PICKERING

PRO HAC VICE
 For: WILMER CUTLER PICKERING
 Case/Party: D-INS-1-10-LB-000001-001
 Amount:      $30.00

CHECK
 Check/Money Order Num: 468659
 Amt Tendered: $30.00

Total Due:      $30.00
Total Tendered: $30.00
Change Amt:     $0.00

WILMER CUTLER PICKERING HALE AND
DORR LLP

1875 PENNSYLVANIA AVE., NW

WASHINGTON, DC 20006


PRO HAC VICE FOR

ROBERT J. GUNTHER, JR.


1:10 CV-61-LJM-TAB

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $45.00 fee
will be charged for a returned
check."
```