AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Polymer Technology Systems, Inc. )
)
*Plaintiff* )
)
v. ) Civil Action No. 1:10-cv-00061 LJM-TAB
Roche Diagnostics Corporation, et al )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Roche Diagnostics GMBH
c/o Highest Officer Found
Roche Diagnostics Operations, Inc.
9115 Hague Road
Indianapolis, IN  46256


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David J. Hensel
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN  46204


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK
*CLERK OF COURT*

Date:  JAN 2 2 2010                              _____
                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Roche Diagnostics GMBH, c/o Highest Officer Found Roche Diagnostics Operations, Inc.

was received by me on *(date)* January 22, 2010 .

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I served a copy of the summons and complaint on the individual via certified mail. A copy of the Domestic Return Receipt is attached hereto and shows service was made on February 17, 2010.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2-23-10

*Server's signature*

David J. Hensel, Attorney
*Printed name and title*

Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Roche Diagnostics GMBH
   c/o Highest Officer Found
   Roche Diagnostics Operations, Inc.
   9115 Hague Road
   Indianapolis, IN  46256

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Joseph Kellar*   ☒ Agent   ☐ Addressee

B. Received by ( Printed Name )
   Joe Kellar

C. Date of Delivery
   2-17-10

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7001 2510 0005 9722 9048

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540