UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| POLYMER TECHNOLOGY SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROCHE DIAGNOSTICS CORPORATION, ROCHE DIAGNOSTICS GMBH, ROCHE DIAGNOSTICS OPERATIONS, INC., ROCHE OPERATIONS LTD, <br><br> Defendants. | Cause No. 1:10-cv-0061 LJM-TAB |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Robert J. Gunther, Jr., counsel for Roche Diagnostics Corporation, Roche Diagnostics GmbH, Roche Diagnostics Operations, Inc., and Roche Operations Ltd., for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now

ORDERED that the motion be, and hereby is GRANTED.

Dated: 02/23/2010

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution to:

Carl Anthony Forest
PATTON BOGGS LLP
cforest@pattonboggs.com

Abram B. Gregory
TAFT STETTINIUS & HOLLISTER LLP
agregory@taftlaw.com

David J. Hensel
TAFT STETTINIUS & HOLLISTER LLP
dhensel@taftlaw.com

Gregory Perrone
PATTON BOGGS LLP
gperrone@pattonboggs.com

Nancy G. Tinsley
ROCHE DIAGNOSTICS OPERATIONS, INC.
nancy.tinsley@roche.com

Robert P. Ziemian
PATTON BOGGS LLP
rziemian@pattonboggs.com