UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| POLYMER TECHNOLOGY SYSTEMS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 1:10-cv-00061-LJM-TAB |
| ROCHE DIAGNOSTICS CORPORATION, et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER ON FEBRUARY 24, 2010, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel February 24, 2010, for a telephonic status conference. Discussion held regarding Plaintiff's motion to seal. [Docket No. 20.] The motion shall remain under advisement pending further submissions by the parties.

Dated: 02/25/2010

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

James P. Barabas
Robert J. Gunther
Omar A. Khan
Violetta G. Watson
WILMER CUTLER PICKERING HALE and DORR LLP
399 Park Avenue
New York, NY 10022

Carl Anthony Forest
PATTON BOGGS LLP
cforest@pattonboggs.com

Abram B. Gregory
TAFT STETTINIUS & HOLLISTER LLP
agregory@taftlaw.com

David J. Hensel
TAFT STETTINIUS & HOLLISTER LLP
dhensel@taftlaw.com

Gregory Perrone
PATTON BOGGS LLP
gperrone@pattonboggs.com

Nancy G. Tinsley
ROCHE DIAGNOSTICS OPERATIONS, INC.
nancy.tinsley@roche.com

Robert P. Ziemian
PATTON BOGGS LLP
rziemian@pattonboggs.com