# EXHIBIT 3

**CLOSED**

# U.S. District Court
## Southern District of Indiana (Indianapolis)
### CIVIL DOCKET FOR CASE #: 1:03-cv-00848-LJM-WTL

| | |
|---|---|
| ROCHE DIAGNOSTICS CORPORATION et al v. POLYMER TECHNOLOGY SYSTEMS, INC. | Date Filed: 06/09/2003 |
| Assigned to: Judge Larry J. McKinney | Date Terminated: 12/29/2003 |
| Referred to: Judge William T. Lawrence | Jury Demand: None |
| Cause: 35:271 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**ROCHE DIAGNOSTICS CORPORATION**   represented by   **Brent Allen Harris**
ROCHE DIAGNOSTICS CORPORATION
9115 Hague Road
Indianapolis, IN 46250
(317) 521-3416
Fax: (317) 521-2883
Email: brent.harris@roche.com
*ATTORNEY TO BE NOTICED*

**Daniel A. Boehnen**
MCDONNELL, BOEHNEN, HULBERT & BERGHOFF
300 South Wacker Drive
Chicago, IL 60606
(312) 913-0001
Fax: (312) 913-0002
Email: boehnen@mbhb.com
*ATTORNEY TO BE NOTICED*

**Grantland G. Drutchas**
MCDONNELL BOEHNEN HULBERT & BERGHOFF
300 South Wacker Drive
Chicago, IL 60606
(312) 913-0001
Fax: (312) 913-0002
Email: drutchas@mbhb.com
*ATTORNEY TO BE NOTICED*

**James Carl Gumina**
MCDONNELL, BOEHNEN, HULBERT & BERGHOFF
300 South Wacker Drive
Chicago, IL 60606
(312) 913-0001

Fax: (312) 913-0002
Email: gumina@mbhb.com
*ATTORNEY TO BE NOTICED*

**John R. Schaibley , III**
BAKER & DANIELS
300 North Meridian Street
Suite 2700
Indianapolis, IN 46204
(317)237-1283
Fax: (317)237-1000
Email: jrschaib@bakerd.com
*ATTORNEY TO BE NOTICED*

**Leif R. Sigmond , Jr.**
MCDONNELL, BOEHNEN, HULBERT & BERGHOFF
300 South Waker Drive
Suite 300
Chicago, IL 60606
(312) 913-0001
Fax: (312) 913-0002
*ATTORNEY TO BE NOTICED*

**Stacy L. Prall**
BAKER & DANIELS - Indianapolis
300 N. Meridian
Suite 2700
Indianapolis, IN 46204
(317)237-1269
Fax: (317)237-1000
Email: slprall@bakerd.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **ROCHE DIAGNOSTICS GMBH** | represented by | **Brent Allen Harris**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Daniel A. Boehnen**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Grantland G. Drutchas**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **James Carl Gumina**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**John R. Schaibley , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leif R. Sigmond , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stacy L. Prall**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**POLYMER TECHNOLOGY SYSTEMS, INC.**  represented by  **Michael D. Beck**
MAGINOT MOORE & BECK
111 Monument Circle
Suite 3250
Indianapolis, IN 46204
(317) 554-2927
Fax: (317) 638-2139
Email: mdbeck@maginot.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 06/09/2003 | 1 | COMPLAINT against POLYMER TECHNOLOGY SYSTEMS, INC. , filed by ROCHE DIAGNOSTICS CORPORATION, ROCHE DIAGNOSTICS GMBH. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Kittell, Mike) (Entered: 06/10/2003) |
| 06/09/2003 | 2 | CIVIL COVER SHEET by ROCHE DIAGNOSTICS CORPORATION, ROCHE DIAGNOSTICS GMBH. (Kittell, Mike) (Entered: 06/10/2003) |
| 06/09/2003 | 3 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction (Kittell, Mike) (Entered: 06/10/2003) |
| 06/09/2003 | 4 | MAGISTRATE JUDGE'S Summary of CMP Notice (Kittell, Mike) (Entered: 06/10/2003) |
| 06/09/2003 | 5 | RECEIPT #107 647 in the amount of $ 150.00 (Kittell, Mike) (Entered: 06/10/2003) |
| 06/09/2003 | 6 | NOTICE OF RELATED CASE 1:03-CV-303-LJM-WTL by ROCHE DIAGNOSTICS CORPORATION, ROCHE DIAGNOSTICS GMBH (Kittell, Mike) (Entered: 06/10/2003) |
| 06/11/2003 | | Judge Larry J. McKinney added. Judge John Daniel Tinder no longer assigned to case. (EAH, ) (Entered: 06/11/2003) |

| 10/01/2003 | 7  | Summons Issued as to POLYMER TECHNOLOGY SYSTEMS, INC. (EAH, ) (Entered: 10/02/2003) |
| --- | --- | --- |
| 10/07/2003 | 8  | AFFIDAVIT of Service for Summons and Complaint served on Polymer Technology Systems, Inc., c/o Robert S. Huffstodt on 10/6/03, filed by Pltf ROCHE DIAGNOSTICS CORPORATION. (YOL, ) (Entered: 10/09/2003) |
| 10/22/2003 | 9  | NOTICE of lack of objection to enlargement of time to respond to complaint. c/s Deft POLYMER TECHNOLOGY SYSTEMS, INC. (YOL, ) (Entered: 10/23/2003) |
| 11/25/2003 | 10 | JOINT MOTION for Extension of Time to respond to complaint. All Parties (YOL, ) (Entered: 11/25/2003) |
| 11/26/2003 | 11 | ORDER granting 10 joint Motion for Extension of Time, thru 12/29/03, for defendant to respond to complaint. Signed by Judge William T. Lawrence on 11/26/2003. c/m WTL (TMA) (Entered: 12/01/2003) |
| 12/24/2003 | 12 | NOTICE of Appearance by attorney Michael D. Beck on behalf of POLYMER TECHNOLOGY SYSTEMS, INC. (LSC, ) (Entered: 12/24/2003) |
| 12/29/2003 | 13 | CLOSED JUDGMENT by a settlement agreement. All other claims, counterclaims, defenses and requests for relief of any kind, or by any party pertaining to the causes of action in this case are hereby dismissed with prejudice. Each party shall pay its own costs, expenses and attorney fees. Signed by Judge John Daniel Tinder on 12/29/03 -cm. (EAH, ) (Entered: 12/29/2003) |

**Case #: 1:03-cv-00848-LJM-WTL**

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 03/10/2010 16:01:55 | | | |
| **PACER Login:** | hd0009 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:03-cv-00848-LJM-WTL |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |