UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| POLYMER TECHNOLOGY SYSTEMS, INC., <br>          Plaintiff, <br><br>    vs. <br><br>ROCHE DIAGNOSTICS CORPORATION, ROCHE DIAGNOSTICS GMBH, ROCHE DIAGNOSTICS OPERATIONS, INC., and ROCHE OPERATIONS, LTD., <br>          Defendants. | 1:10-cv-0061-LJM-TAB |

**ENTRY & ORDER**

On March 11, 2010, defendants, Roche Diagnostics Corporation, Roche Diagnostics GMBH, Roche Diagnostics Operations, Inc., and Roche Operations, Ltd. (collectively, "Roche"), filed a Motion to Compel Arbitration and to Dismiss the Action. Dkt. No. 46. Roche separately filed its memorandum in support (Dkt. No. 48-1) (hereafter, "Memorandum") and an exhibit thereto (Dkt. Nos. 48-2, -3, -4, -5, -6, -7) (hereafter, "Exhibit 1") under seal. Roche's main document under the filing event is its "Sealed Cover Sheet." *See* Sec. 18 of the CM/ECF Policies and Procedures Manual (hereafter, "§ 18"). Under a separate filing event, Roche filed a redacted memorandum in support (Dkt. No. 49-1) (hereafter, "Redacted Memorandum") and a redacted exhibit thereto (Dkt. No. 49-1 at 21) (hereafter, "Exhibit 5"). The Court hereby **STRIKES** Dkt. Nos. 48, 49, and 50 from its docket for failing to comply with the Court's local rules. *See* S.D. Ind. L.R. 5.3 (citing § 18).

The Court hereby **ORDERS** Roche to resubmit these filings in accordance with the following rules and instructions. Under § 18, when filing a document under seal, a Sealed

Cover Sheet must be submitted as an attachment to the sealed filing. In other words, Roche's Sealed Cover Sheet should not be the main document. Rather, the main document should be Roche's Memorandum. Then, Roche should attach its Sealed Cover Sheet, which references the Memorandum to the main document. In addition, Roche should attach Exhibit 1 and Exhibit 5 (without redactions) to the main document. Lastly, Roche should amend and resubmit its Motion to Seal Document under a separate filing event to reflect these changes.

      IT IS SO ORDERED this 15th day of March, 2010.

                                      LARRY J. McKINNEY, JUDGE
                                      United States District Court
                                      Southern District of Indiana

Distribution attached.

Distribution to:

James P. Barabas
WILMER CUTLER PICKERING HALE and DORR LLP
james.barabas@wilmerhale.com

Carl Anthony Forest
PATTON BOGGS LLP
cforest@pattonboggs.com

Abram B. Gregory
TAFT STETTINIUS & HOLLISTER LLP
agregory@taftlaw.com

Robert J. Gunther Jr.
WILMER CUTLER PICKERING HALE and DORR LLP
robert.gunther@wilmerhale.com

David J. Hensel
TAFT STETTINIUS & HOLLISTER LLP
dhensel@taftlaw.com

Omar A. Khan
WILMER CUTLER PICKERING HALE and DORR LLP
omar.khan@wilmerhale.com

Gregory Perrone
PATTON BOGGS LLP
gperrone@pattonboggs.com

Nancy G. Tinsley
ROCHE DIAGNOSTICS OPERATIONS, INC.
nancy.tinsley@roche.com

Violetta G. Watson
WILMER CUTLER PICKERING HALE and DORR LLP
violetta.watson@wilmerhale.com

Robert P. Ziemian
PATTON BOGGS LLP
rziemian@pattonboggs.com