IN THE UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

POLYMER TECHNOLOGY SYSTEMS,
INC.

Plaintiff,

        v.        CIVIL ACTION NO.  1:10-cv-0061 LJM-TAB

ROCHE DIAGNOSTICS CORPORATION,
ROCHE DIAGNOSTICS GMBH, ROCHE
DIAGNOSTICS OPERATIONS, INC.,
ROCHE OPERATIONS LTD

Defendants.

## ORDER ON AGREED MOTION FOR EXTENSIONS OF TIME

This cause having come before the Court on the Agreed Motion for Extension of Briefing Deadlines, and the Court, having reviewed said Motion and being otherwise duly advised, hereby:

ORDERS that the Motion is GRANTED.  Plaintiff shall up to and including April 16, 2010 in which to file and serve its response brief in opposition to Roche's Motion to Compel Arbitration and to Dismiss the Action.  Defendants shall have up to and including May 7, 2010 to file and serve their reply brief in support of their Motion to Compel Arbitration and to Dismiss the Action.   03/22/2010

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

James P. Barabas
james.barabas@wilmerhale.com

Robert J. Gunther, Jr.
robert.gunther@wilmerhale.com

Omar A. Khan
omar.kahn@wilmerhale.com

Violetta G. Watson
violetta.watson@wilmerhale.com

Nancy G. Tinsley
nancy.tinsley@roche.com

Abram B. Gregory
agregory@taftlaw.com

Carl A. Forest
cforest@pattonboggs.com

Gregory Perrone
gperrone@pattonboggs.com

Robert P. Ziemian
rziemian@pattonboggs.com

David J. Hensel
dhensel@taftlaw.com