IN THE UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

POLYMER TECHNOLOGY SYSTEMS,
INC.

Plaintiff,

v.

ROCHE DIAGNOSTICS CORPORATION,
ROCHE DIAGNOSTICS GMBH, ROCHE
DIAGNOSTICS OPERATIONS, INC.,
ROCHE OPERATIONS LTD

Defendants.

CIVIL ACTION NO.  1:10-cv-0061 LJM-TAB

**FILED UNDER SEAL**

**PLAINTIFF'S MEMORANDUM IN RESPONSE TO DEFENDANTS' MOTION TO COMPEL ARBITRATION AND DISMISS THE ACTION AND FURTHER IN SUPPORT OF PLAINTIFF'S MOTION FOR AN ORDER ENJOINING DEFENDANTS FROM ARBITRATING INFRINGEMENT**

David J. Hensel (Atty No.:  15499-49)
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana  46204
Tele:  317-713-3500
Fax:  317-713-3633
Email: dhensel@taftlaw.com

Counsel for Polymer Technology Systems, Inc.,
Plaintiff