IN THE UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| POLYMER TECHNOLOGY SYSTEMS, INC.<br><br>Plaintiff,<br><br>  v.<br><br>ROCHE DIAGNOSTICS CORPORATION, ROCHE DIAGNOSTICS GMBH, ROCHE DIAGNOSTICS OPERATIONS, INC., ROCHE OPERATIONS LTD<br><br>Defendants. | CIVIL ACTION NO.  1:10-cv-0061 LJM-TAB<br><br>**FILED UNDER SEAL** |

### EXHIBIT C

### Declaration of David J. Hensel

### Attachment 8

### PTS/Roche Correspondence

David J. Hensel (Atty No.:  15499-49)
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana  46204
Tele:  317-713-3500
Fax:   317-713-3633
Email:  dhensel@taftlaw.com

Counsel for Polymer Technology Systems, Inc., Plaintiff