IN THE UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

POLYMER TECHNOLOGY SYSTEMS, INC.

Plaintiff,

v.

ROCHE DIAGNOSTICS CORPORATION, ROCHE DIAGNOSTICS GMBH, ROCHE DIAGNOSTICS OPERATIONS, INC., ROCHE OPERATIONS LTD

Defendants.

CIVIL ACTION NO.  1:10-cv-0061 LJM-TAB

**FILED UNDER SEAL**

### EXHIBIT C

### Declaration of David J. Hensel

### Attachment 10

### Response letter to Hasche Sigle

David J. Hensel (Atty No.:  15499-49)
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana  46204
Tele:  317-713-3500
Fax:  317-713-3633
Email:  dhensel@taftlaw.com

Counsel for Polymer Technology Systems, Inc., Plaintiff