IN THE UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

POLYMER TECHNOLOGY SYSTEMS,
INC.

Plaintiff,

        v.         CIVIL ACTION NO. 1:10-cv-0061 LJM-TAB

ROCHE DIAGNOSTICS CORPORATION,
ROCHE DIAGNOSTICS GMBH, ROCHE
DIAGNOSTICS OPERATIONS, INC.,
ROCHE OPERATIONS LTD

Defendants.

## ORDER TO SEAL DOCUMENTS

This cause having come before the Court on the Plaintiff's Motion to File Certain Documents Under Seal; and the Plaintiff having submitted the following documents for filing:

1. Plaintiff's Memorandum in Response to Defendants' Motion to Compel Arbitration and Dismiss the Action and Further in Support of Plaintiff's Motion for an Order Enjoining Defendants from Arbitrating Infringement;

2. Attachments 7, 8, 10 and 12 to David J. Hensel's Declaration in Support of Plaintiff's Memorandum in Response to Defendants' Motion to Compel Arbitration and Dismiss the Action and Further in Support of Plaintiff's Motion for an Order Enjoining Defendants from Arbitrating Infringement;

and the Court having found that there are legitimate confidentiality concerns that warrant the temporary nature of the relief sought; and for good cause shown, it is:

ORDERED that the Motion to Seal is GRANTED, and it is further

ORDERED that the Plaintiff's Memorandum and Attachments 7, 8, 10 and 12 to David J. Hensel's Declaration in support thereof, are sealed until such time as Roche's motion to dismiss is ruled upon.

Dated this 04/21/2010

*[signature]*
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

James P. Barabas
james.barabas@wilmerhale.com

Robert J. Gunther, Jr.
robert.gunther@wilmerhale.com

Omar A. Khan
omar.kahn@wilmerhale.com

Violetta G. Watson
violetta.watson@wilmerhale.com

Nancy G. Tinsley
nancy.tinsley@roche.com

Abram B. Gregory
agregory@taftlaw.com

Carl A. Forest
cforest@pattonboggs.com

Gregory Perrone
gperrone@pattonboggs.com

Robert P. Ziemian
rziemian@pattonboggs.com

David J. Hensel
dhensel@taftlaw.com