UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |  |
|---|---|---|
| POLYMER TECHNOLOGY SYSTEMS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Cause No.  1:10-cv-0061 LJM-TAB |
| ROCHE DIAGNOSTICS CORPORATION, ROCHE DIAGNOSTICS GMBH, ROCHE DIAGNOSTICS OPERATIONS, INC., ROCHE OPERATIONS LTD., | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER TO SEAL DOCUMENTS

THIS MATTER having been brought before the Court on Defendants' Motion to File Certain Documents Under Seal; and Defendants having submitted the following document for filing:  the Reply Memorandum in Support of Roche's Motion to Compel Arbitration and to Dismiss the Action, and in Opposition to PTS's Motion to Enjoin Arbitration; and the Court having found that there are legitimate confidentiality concerns that warrant the temporary nature of the relief sought; and for good cause shown, it is on this ___ day of May 2010,

ORDERED that the Motion to Seal is GRANTED, and it is further

ORDERED that the Reply Memorandum in Support of Roche's Motion to Compel Arbitration and to Dismiss the Action, and in Opposition to PTS's Motion to Enjoin Arbitration, is sealed until such time as Roche's motion to unseal these documents is ruled upon.

05/12/2010

                                      LARRY J. McKINNEY, JUDGE
                                      United States District Court
                                      Southern District of Indiana

**Distribution List:**

James P. Barabas
james.barabas@wilmerhale.com

Rober J. Gunther, Jr.
robbert.gunther@wilmerhale.com

Omar A. Khan
omar.khan@wilmerhale.com

Violetta G. Watson
Violetta.watson@wilmerhale.com

Nancy G. Tinsley
nancy.tinsley@roche.com

Abram B. Gregory
agregory@taftlaw.com

Carl A. Forest
cforest@pattonboggs.com

Gregory Perrone
gperrone@ pattonboggs.com

Robert P. Ziemian
rziemian@pattonboggs.com

David J. Hensel
dhensel@taftlaw.com