IN THE UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

POLYMER TECHNOLOGY SYSTEMS,
INC.

Plaintiff,

    v.        CIVIL ACTION NO.  1:10-cv-0061 LJM-TAB

ROCHE DIAGNOSTICS CORPORATION,
ROCHE DIAGNOSTICS GMBH, ROCHE
DIAGNOSTICS OPERATIONS, INC.,
ROCHE OPERATIONS LTD

Defendants.

## ORDER TO SEAL DOCUMENTS

  This cause having come before the Court on the Plaintiff's Motion to File Reply Memorandum Under Seal and the Plaintiff having submitted the Plaintiff's Reply Memorandum in Support of Motion to Enjoin Arbitration;

  And the Court having found that there are legitimate confidentiality concerns that warrant the temporary nature of the relief sought; and for good cause shown, it is:

  ORDERED that the Motion to File Reply Memorandum Under Seal is GRANTED, and it is further

  ORDERED that the Plaintiff's Reply Memorandum in Support of Motion to Enjoin Arbitration is sealed until such time as the parties request these documents be unsealed.

  Dated this  05/18/2010

                    LARRY J. McKINNEY, JUDGE
                    United States District Court
                    Southern District of Indiana

Distribution:

James P. Barabas
james.barabas@wilmerhale.com

Robert J. Gunther, Jr.
robert.gunther@wilmerhale.com

Omar A. Khan
omar.kahn@wilmerhale.com

Violetta G. Watson
violetta.watson@wilmerhale.com

Nancy G. Tinsley
nancy.tinsley@roche.com

Abram B. Gregory
agregory@taftlaw.com

Carl A. Forest
cforest@pattonboggs.com

Gregory Perrone
gperrone@pattonboggs.com

Robert P. Ziemian
rziemian@pattonboggs.com

David J. Hensel
dhensel@taftlaw.com