IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

POLYMER TECHNOLOGY SYSTEMS, INC.

Plaintiff,

    v.       CIVIL ACTION NO.  1:10-cv-0061 LJM-TAB

ROCHE DIAGNOSTICS CORPORATION, ROCHE DIAGNOSTICS GMBH, ROCHE DIAGNOSTICS OPERATIONS, INC., ROCHE OPERATIONS LTD

Defendants.

## ORDER

  THIS MATTER, having come before the Court upon Defendant's Motion to Strike PTS's Reply in Support of Its Motion to Enjoin Arbitration, due notice having been given, and the Court being fully advised in the premises,

  IT IS HEREBY ORDERED that Defendant's Motion is DENIED and that PTS's Reply in Support of Its Motion to Enjoin Arbitration is hereby allowed.  Further, Defendant's request to file a surreply to said reply is DENIED.

Dated this _____ day of June, 2010.

              _____
              U. S. District Court Judge
              Larry J. McKinney

529734