IN THE UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

POLYMER TECHNOLOGY SYSTEMS,
INC.

Plaintiff,

          v.          CIVIL ACTION NO.  1:10-cv-0061 LJM-TAB

ROCHE DIAGNOSTICS CORPORATION,
ROCHE DIAGNOSTICS GMBH, ROCHE
DIAGNOSTICS OPERATIONS, INC.,
ROCHE OPERATIONS LTD

Defendants.

### ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

Abram B. Gregory and the law firm of Taft Stettinius & Hollister LLP have moved the Court for permission to withdraw his appearance for plaintiff Polymer Technology Systems, Inc. ("PTS"), which remains represented in this matter by the law firms of Pence Hensel LLC and Patton Boggs LLP.  Being duly advised, the Court GRANTS the motion and ORDERS that the appearance of Abram B. Gregory and the law firm of Taft Stettinius & Hollister LLP is hereby withdrawn.

Dated:  06/29/2010

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

**Electronic Distribution to:**

James P. Barabas
james.barabas@wilmerhale.com

Robert J. Gunther, Jr.
robert.gunther@wilmerhale.com

Omar A. Khan
omar.kahn@wilmerhale.com

Violetta G. Watson
violetta.watson@wilmerhale.com

Nancy G. Tinsley
nancy.tinsley@roche.com

David J. Hensel
dhensel@pencehensel.com

Carl A. Forest
cforest@pattonboggs.com

Gregory Perrone
gperrone@pattonboggs.com

Robert P. Ziemian
rziemian@pattonboggs.com

Abram B. Gregory
agregory@taftlaw.com

1259182_1