UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| POLYMER TECHNOLOGY SYSTEMS, INC., )<br>     Plaintiff, )<br>     vs. )<br>ROCHE DIAGNOSTICS CORPORATION, )<br>ROCHE DIAGNOSTICS GMBH, ROCHE )<br>DIAGNOSTICS OPERATIONS, INC., )<br>ROCHE OPERATIONS LTD, )<br>     Defendants. | | 1:10-cv-00061-LJM-TAB |

## ENTRY OF JUDGMENT

Through an order dated September 20, 2010, the Court granted a motion to dismiss in favor of Defendants, Roche Diagnostics Corporation, Roche Diagnostics GMBH, Roche Diagnostics Operations, Inc., and Roche Operations LTD, and against Plaintiff, Polymer Technology Systems, Inc. Plaintiff's claims are dismissed. Plaintiff shall take nothing by way of its complaint.

IT IS SO ORDERED this 20th day of September 2010.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

LAURA A. BRIGGS, CLERK
United States District Court
Southern District of Indiana

By: _____
     Deputy Clerk

Distribution attached.

Distribution to:

James P. Barabas
WILMER CUTLER PICKERING HALE and DORR LLP
james.barabas@wilmerhale.com

Carl Anthony Forest
PATTON BOGGS LLP
cforest@pattonboggs.com

Robert J. Gunther Jr.
WILMER CUTLER PICKERING HALE and DORR LLP
robert.gunther@wilmerhale.com

David J. Hensel
PENCE HENSEL LLC
dhensel@pencehensel.com

Omar A. Khan
WILMER CUTLER PICKERING HALE and DORR LLP
omar.khan@wilmerhale.com

Gregory Perrone
PATTON BOGGS LLP
gperrone@pattonboggs.com

Nancy G. Tinsley
ROCHE DIAGNOSTICS OPERATIONS, INC.
nancy.tinsley@roche.com

Violetta G. Watson
WILMER CUTLER PICKERING HALE and DORR LLP
violetta.watson@wilmerhale.com

Robert P. Ziemian
PATTON BOGGS LLP
rziemian@pattonboggs.com